UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL PRICHARDA, :
           Plaintiff, :
            :
    v. : No. 5:22-cv-3180
            :
CHECKR, INC., :
           Defendant. :

# O R D E R

**AND NOW**, this 7th day of November, 2022, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Checkr, Inc.'s Motion to Compel Arbitration and Stay the Case, ECF No. 15, is **GRANTED.**

2. **Within forty-five (45) days of the date of this Order**, Plaintiff Pricharda **SHALL** submit his claims against Checkr to binding arbitration in accordance with the arbitration provisions outlined in Checkr's Terms of Service.

3. The above-captioned action is **STAYED** pending resolution of the arbitration proceedings.

4. Counsel for Checkr shall submit a status report to the Court on **the first day of each month, commencing on January 2, 2023,** to report on the status of the arbitration proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration.

5. **Within thirty (30) days of the completion of the arbitration proceeding**, both parties are directed to notify the Court that the arbitration has concluded and that the stay in the above-captioned action may be lifted.

6.Plaintiff's Motion to Strike, ECF No. 16, is **DISMISSED** as moot.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge